UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FEDERICO VARGAS

PLAINTIFF(S)

vs.

GONNELLA BAKING COMPANY AND GONNELLA BAKING CO.

DEFENDANT(S)

COURT DATE:

Case No.
**08 CV 4542**

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Aug 25, 2008**, at **1:14 PM**, I served the above described documents upon **GONNELLA BAKING COMPANY AND GONNELLA BAKING CO.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **KATHLEEN HEIZMANN / CONSULTANT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **2002 W. ERIE ST. #14, CHICAGO, IL 60612**.

**DESCRIPTION:**   Gender: **F**   Race: **WHITE**   Age: **50**   Hgt: **5'2"**   Wgt: **115**   Hair: **BLONDE**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_

Joseph Russo, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 25th day of August, 2008

_Joan C. Harenberg_

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Foote, Meyers, Mielke & Flowers, LLC
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
40724